AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Brian Williams, Robert Hartman, Brad Humphrey, Teryl Cordis, and Cary Dyer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY-SON MCNAIR,<br><br>                  Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                  Defendants. | Case No. 3:23-cv-00151-ART-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION ECF NO. 25 (First Request)** |

      Defendants, Brian Williams, Robert Hartman, Brad Humphrey, Teryl Cordis, and Cary Dyer, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, hereby move this Court for an extension of time to file a Dispositive Motions as set out in ECF No. 25. This is Defendants first request to extend the subject deadline.

      **MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL ANALYSIS**

      This is a *pro se* offender 42 U.S.C. § 1983 civil rights claim brought by offender, My-Son McNair (McNair). This Court entered a scheduling order with a discovery deadline of October 19, 2024, and a dispositive motion deadline 30 days following the discovery deadline, or November 18, 2024. ECF No. 25 at 6:21-22.

///

Page **1**

Defendants now file a Motion for Extension of Time to File Dispositive Motion ECF No. 25 (First Request) and request an additional thirty (30) days to file their summary judgment motion.

## II. ARGUMENT

Defense counsel respectfully requests a thirty (30) day extension of time to file Defendants dispositive motion from the current deadline of November 18, 2024, until December 18, 2024.

Defense Counsel has been diligently working on this matter, however, due to unforeseen personal medical issues and scheduling conflicts within the month of October and November, Counsel does not believe a dispositive motion will be ready for filing by the current deadline. Further, Counsel does not anticipate needing the entire 30-day extension to have the motion ready and anticipates filing the motion in advance of an extended deadline.

### A. Current Deadlines

Dispositive motion deadline: November 18, 2024

Joint pretrial order (if no dispositive motions filed): December 18, 2024

### B. Proposed Deadlines

Dispositive motion deadline: December 18, 2024

Joint pretrial order (if no dispositive motions filed): January 17, 2024

### C. Good Cause Supports this Request

Federal Rules of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Defense Counsel needs additional time due to unforeseen medical issues[1] and scheduling conflicts within the months of October and November. Defendants assert the requisite good cause is present to warrant the requested extension of time.

///

---

[1] Should the Court want more detail, Defense Counsel is willing to submit a declaration to be reviewed in camera as to preserve counsel's privacy to inform the Court regarding counsel's medical issues.

### III.  CONCLUSION

Defendants respectfully request this Court extend the deadline for filing dispositive motions in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. The request is timely. This is the first request to extend the subject deadline. Therefore, Defendants request additional time, up until **December 18, 2024**, to file dispositive motions in this matter.

DATED this 13th day of November, 2024.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendants*

**It is so ordered.**

**Dated**: November 13, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**